**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
Fifth Third Center
201 North Tryon Street, Suite 1440
Charlotte, North Carolina 28202

CHAMBERS OF
Albert Diaz
Chief Judge

Telephone (704) 333-8025
Fax (704) 333-8962

January 23, 2026

Hon. Thomas D. Schroeder
U.S. District Judge
Middle District of North Carolina

Re: **Designation to the United States District Court for the Eastern District of North Carolina**
*United States v. Eugene Montale Jenkins, 4:25-CR-10-1FL*

Dear Judge Schroeder:

Enclosed is a Designation for you to sit in the United States District Court for the Eastern District of North Carolina. The Designation is made pursuant to 28 U.S.C. §292(b) in connection with the above-referenced case.

Thank you for agreeing to preside in this matter.

Sincerely,

Albert Diaz
Chief Judge

Enclosure

cc: Hon. Richard E. Myers II
Hon. Catherine C. Eagles
Peter A. Moore, Jr.
Alyssa Omwake Hockaday
Larry Cunningham
James N. Ishida
Robert L. Smith
Nwamaka Anowi
Tarika L. Scott
intercircuitassignmentcommittee@ao.uscourts.gov

# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Thomas D. Schroeder, United States District Judge for the Middle District of North Carolina, to hold a district court in the Eastern District of North Carolina in the case of *United States v. Eugene Montale Jenkins, 4:25-CR-10-1FL*, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

_____
Hon. Albert Diaz
Chief Judge
Fourth Circuit

Dated: January 23, 2026