UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CR-00010-WLO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| EUGENE MONTALE JENKINS | ) | |
| | ) | |

NOW comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina and gives notice to this Honorable Court of assignment of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced case.

Respectfully submitted, this 3rd day of February 2026.

                                        W. ELLIS BOYLE
                                        United States Attorney

BY:   */s/ Kevin D. Gerarde*
         KEVIN D. GERARDE
         Assistant United States Attorney
         Criminal Division
         United States Attorney's Office, EDNC
         300 N. 3rd Street, Suite 120
         Wilmington, NC 28401
         Kevin.Gerarde@usdoj.gov
         Telephone: 919-856-4530
         FL State Bar No. 113844

CERTIFICATE OF SERVICE

This is to certify that I have this 3rd day of February 2026 served a copy of the foregoing Government's **Notice of Appearance** upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Lauren Harrell Brennan
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4236
Email: lauren_brennan@fd.org

Edward D. Gray
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4477
Email: edward_gray@fd.org

BY: */s/ Kevin D. Gerarde*
KEVIN D. GERARDE
Assistant United States Attorney
Criminal Division
United States Attorney's Office, EDNC
300 N. 3rd Street, Suite 120
Wilmington, NC 28401
Kevin.Gerarde@usdoj.gov
Telephone: 919-856-4530
FL State Bar No. 113844