# GOVERNMENT'S EXHIBIT LIST

**UNITED STATES OF AMERICA**

    v.

**EUGENE MONTALE JENKINS**

**DOCKET NO.: 4:25-CR-10-WLO**

**DIVISION: Eastern**

| NO. | WITNESS | DESCRIPTION | OFFERED | OBJECTION | OVERRULED | SUSTAINED | ADMITTED | PUBLISHED |
|---|---|---|---|---|---|---|---|---|
| 1. | Corporal Kydeem Vaughn | Drugs from 23-0036 Buy | | | | | | |
| 2. | Corporal Kydeem Vaughn | Drugs from 23-0045 Buy | | | | | | |
| 3. | TFO Jason Dawes | Blue Glassine Baggies and Spiderman Stamp | | | | | | |
| 4. | TFO Jason Dawes | Paraphernalia from Pink Bookbag | | | | | | |
| 5. | Corporal Kydeem Vaughn | Drugs from 23-0050 | | | | | | |
| 6. | TFO Jason Dawes | SRT Fentanyl from SW | | | | | | |
| 7. | TFO Jason Dawes | Krispy Kreme Fentanyl from SW | | | | | | |
| 8. | TFO Jason Dawes | Orange and Blue Bookbag from SW | | | | | | |
| 9. | TFO Jason Dawes | Firearm | | | | | | |
| 10. | Corporal Kydeem Vaughn | Photo of Exhibit 1 | | | | | | |
| 11. | Corporal Kydeem Vaughn | Photo of Exhibit 2 | | | | | | |
| 12. | TFO Jason Dawes | Photo of Exhibit 3 | | | | | | |
| 13. | TFO Jason Dawes | Photo of Exhibit 4 | | | | | | |
| 14. | Corporal Kydeem Vaughn | Photo of Exhibit 5 | | | | | | |
| 15. | TFO Jason Dawes | Photo of Exhibits 6, 7, and 8 | | | | | | |
| 16. | TFO Jason Dawes | Photo of Exhibit 9 | | | | | | |
| 17. | TFO Jason Dawes | Photo of Side of Exhibit 8 | | | | | | |
| 18. | Corporal Kydeem Vaughn | Drugs from 23-0055 | | | | | | |

| NO. | WITNESS | DESCRIPTION | OFFERED | OBJECTION | OVERRULED | SUSTAINED | ADMITTED | PUBLISHED |
|---|---|---|---|---|---|---|---|---|
| 19. | Corporal Kydeem Vaughn | Photo of Exhibit 18 | | | | | | |
| 20. | Corporal Kydeem Vaughn | Drugs from 23-0042 | | | | | | |
| 21. | Corporal Kydeem Vaughn | Photo of Exhibit 20 | | | | | | |
| 22. | Corporal Kydeem Vaughn | Buy Video – 23-0036 | | | | | | |
| 23. | Corporal Kydeem Vaughn | Clip from Buy Video – 23-0036 | | | | | | |
| 24. | Corporal Kydeem Vaughn | Buy Video – 23-0042 | | | | | | |
| 25. | Corporal Kydeem Vaughn | Clip from Buy Video – 23-0042 | | | | | | |
| 26. | Corporal Kydeem Vaughn | Still from Buy Video – 23-0042 | | | | | | |
| 27. | Corporal Kydeem Vaughn | Buy Video – 23-0045 | | | | | | |
| 28. | Corporal Kydeem Vaughn | Clip from Buy Video – 23-0045 | | | | | | |
| 29. | Corporal Kydeem Vaughn | Still from Buy Video – 23-0045 | | | | | | |
| 30. | Corporal Kydeem Vaughn | Still from Buy Video – 23-0045 | | | | | | |
| 31. | Corporal Kydeem Vaughn | Buy Video – 23-0050 | | | | | | |
| 32. | Corporal Kydeem Vaughn | Clip from Buy Video – 23-0050 | | | | | | |
| 33. | Corporal Kydeem Vaughn | Buy Video – 23-0055 | | | | | | |
| 34. | Corporal Kydeem Vaughn | Clip from Buy Video – 23-0055 | | | | | | |
| 35. | Corporal Kydeem Vaughn | Still from Buy Video – 23-0055 | | | | | | |

| NO. | WITNESS | DESCRIPTION | OFFERED | OBJECTION | OVERRULED | SUSTAINED | ADMITTED | PUBLISHED |
|---|---|---|---|---|---|---|---|---|
| 36. | Corporal Kydeem Vaughn | SW Body Camera Footage | | | | | | |
| 37. | Corporal Kydeem Vaughn | Clip from SW Body Camera Footage | | | | | | |
| 38. | Sgt. Patrick Sharpe & Sgt. Matthew Hyman | SW Body Camera Footage | | | | | | |
| 39. | Sgt. Patrick Sharpe & Sgt. Matthew Hyman | Clip from SW Body Camera Footage | | | | | | |
| 40. | Sgt. Patrick Sharpe & Sgt. Matthew Hyman | Still from SW Body Camera Footage | | | | | | |
| 41. | TFO Jason Dawes | SW Body Camera Footage | | | | | | |
| 42. | TFO Jason Dawes | Clip from SW Body Camera Footage | | | | | | |
| 43. | TFO Jason Dawes | Purple Powder | | | | | | |
| 44. | TFO Jason Dawes | Photo of Exhibit 43 | | | | | | |
| 45. | TFO Jason Dawes | Suspected Marijuana | | | | | | |
| 46. | TFO Jason Dawes | Photo of Exhibit 45 | | | | | | |
| 47. | TFO Jason Dawes | Digital Scales | | | | | | |
| 48. | TFO Jason Dawes | Photo of Exhibit 47 | | | | | | |
| 49. | TFO Jason Dawes | Suspected Crack | | | | | | |
| 50. | TFO Jason Dawes | Photo of Exhibit 49 | | | | | | |
| 51. | TFO Jason Dawes | SW Photo – Kitchen Counter | | | | | | |
| 52. | TFO Jason Dawes | SW Photo – Money in Living Room | | | | | | |
| 53. | TFO Jason Dawes | SW Photo – Money in Hallway | | | | | | |
| 54. | TFO Jason Dawes | SW Photo – Money at Backdoor | | | | | | |
| 55. | TFO Jason Dawes | SW Photo – Bun in Bag with Green, Leafy Substance | | | | | | |
| 56. | TFO Jason Dawes | SW Photo – Digital Scale on Bed | | | | | | |
| 57. | TFO Jason Dawes | SW Photo – White Powdery Substance | | | | | | |
| 58. | TFO Jason Dawes | SW Photo – Orange bookbag with Drugs | | | | | | |

| NO. | WITNESS | DESCRIPTION | OFFERED | OBJECTION | OVERRULED | SUSTAINED | ADMITTED | PUBLISHED |
|---|---|---|---|---|---|---|---|---|
| 59. | TFO Jason Dawes | SW Photo – Drugs inside orange bookbag | | | | | | |
| 60. | TFO Jason Dawes | SW Photo – Green Bookbag | | | | | | |
| 61. | TFO Jason Dawes | SW Photo – Firearm in Mattress | | | | | | |
| 62. | TFO Jason Dawes | SW Photo – Firearm in Mattress | | | | | | |
| 63. | TFO Jason Dawes | SW Photo – Firearm removed from Mattress | | | | | | |
| 64. | TFO Jason Dawes | SW Photo – Drug Paraphernalia | | | | | | |
| 65. | TFO Jason Dawes | SW Photo – Digital Scale and Glassine Baggies with Batman Stamp | | | | | | |
| 66. | TFO Jason Dawes | SW Photo – Bag of U.S. Currency | | | | | | |
| 67. | TFO Jason Dawes | SW Photo – Bun of Drugs | | | | | | |
| 68. | TFO Jason Dawes | SW Photo – Stamp and Batman Glassine Baggies | | | | | | |
| 69. | TFO Jason Dawes | SW Photo – Stamps and Baggies in Pink Bookbag | | | | | | |
| 70. | TFO Jason Dawes | SW Photo – Address Number on Front of House | | | | | | |
| 71. | TFO Jason Dawes | SW Photo – Pink Bookbag with Drug Paraphernalia | | | | | | |
| 72. | TFO Jason Dawes | SW Photo – Front of House | | | | | | |
| 73. | TFO Jason Dawes | SW Photo – Ammunition | | | | | | |
| 74. | TFO Jason Dawes | Photo of Back of Exhibit 8 | | | | | | |
| 75. | Analyst Lyndsay Cone | Lyndsey Cone's CV | | | | | | |
| 76. | Analyst Lyndsay Cone | SCL Lab Report - SW | | | | | | |
| 77. | SA Lawrence Dickens | Lawrence Dickens' CV | | | | | | |
| 78. | SA Lawrence Dickens | Nexus Report | | | | | | |
| 79. | Self-Authenticating | Stipulation | | | | | | |
| 80. | Self-Authenticating | Felony Judgment | | | | | | |
| 81. | Self-Authenticating | Plea Transcript | | | | | | |

| NO. | WITNESS | DESCRIPTION | OFFERED | OBJECTION | OVERRULED | SUSTAINED | ADMITTED | PUBLISHED |
|---|---|---|---|---|---|---|---|---|
| 82. | Lt. Kevin Perry | Kevin Perry's CV | | | | | | |
| 83. | Analyst Lyndsay Cone | SCL Lab Report – 7/12 Buy | | | | | | |
| 84. | Deputy Christopher Pixley | SW Body Camera | | | | | | |
| 85. | Sgt. Matthew Hyman | Still from SW Body Camera | | | | | | |
| 86. | Sgt. Patrick Sharpe & Sgt. Matthew Hyman | Still of Mattress from SW Body Camera | | | | | | |
| 87. | Self-Authenticating | Probation Judgment Acknowledgement | | | | | | |
| 88. | PO Howard Kendrick | Probation Intake Form | | | | | | |
| 89. | TFO Jason Dawes | Photo of Exhibit 6 | | | | | | |
| 90. | TFO Jason Dawes | Photo of Exhibit 7 | | | | | | |
| 91. | Sgt. Matthew Hyman | Still from SW Body Camera | | | | | | |
| 92. | Corporal Kydeem Vaughn | Google Map Aerial Photo | | | | | | |