IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 4:25-cr-10-1
:
EUGENE MONTALE JENKINS :

## VERDICT

1. We, the jury in the above-styled case, do find the Defendant, Eugene Montale Jenkins,

__Not Guilty__
(Guilty or Not Guilty)

of the crime charged in Count One of the Indictment.


2. We, the jury in the above-styled case, do find the Defendant, Eugene Montale Jenkins,

__Guilty__
(Guilty or Not Guilty)

of the crime charged in Count Two of the Indictment.


If, and only if, you find the Defendant guilty of the offense charged in Count Two, then you must answer the following special interrogatory:

What amount, if any, of a substance containing a detectable amount of fentanyl did the Defendant knowingly possess with intent to distribute?

\_\_\_\_\_✓\_\_\_\_\_ 40 grams or more

_____ Less than 40 grams

3. We, the jury in the above-styled case, do find the Defendant, Eugene Montale Jenkins,

\_\_\_\_Not Guilty\_\_\_\_
(Guilty or Not Guilty)

of the crime charged in Count Three of the Indictment.

This the  11  day of February, 2026.

Foreperson