IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA        :
                                :
        v.                      :        4:25-cr-10-1
                                :
EUGENE MONTALE JENKINS          :

## ORDER

This matter comes before the court upon Defendant's Unopposed Motion to Continue Sentencing Hearing. (Doc. 75.) Counsel for Defendant moves the court to continue Defendant's sentencing hearing presently scheduled for April 27, 2026. In light of a scheduling conflict, counsel requests for a continuance to a date after April 29, 2026. Having considered the motion, with no opposition by the Government, and for good cause shown, this court finds the motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Continue Sentencing Hearing, (Doc. 75), is **GRANTED** and Defendant's sentencing hearing is continued to Friday, May 1, 2026 at 2:00 p.m., in Raleigh Courtroom 2.

This the 1st day of April, 2026.

_____
United States District Judge