UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-cr-00010-WLO

UNITED STATES OF AMERICA

v.

EUGENE MONTALE JENKINS

NOTICE OF APPEAL

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, Eugene Montale Jenkins, hereby appeals to the Fourth Circuit Court of Appeals from the judgment entered in this court in the above-captioned case. As judgment was entered by the Honorable William L. Osteen Jr. on May 19, 2026, this notice is therefore filed within the time specification established in Rule 4(b)

Respectfully requested this 20th day of May, 2026.

G. ALAN DUBOIS
Federal Public Defender

/s/ Lauren H. Brennan
LAUREN H. BRENNAN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Lauren_Brennan@fd.org
N.C. State Bar No. 36648
LR 57.1 Counsel Appointed

1

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

KIMBERLY DIXON
KEVIN GERARDE
U.S. Attorney's Office - EDNC
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Email: kimberly.dixon@usdoj.gov
Email: kevin.gerarde@usdoj.gov

By electronically filing the foregoing with the Clerk of Court on May 20, 2026, using the CM/ECF system which will send notification of such filing to the above.

This 20th day of May, 2026.

/s/ Lauren H. Brennan
LAUREN H. BRENNAN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone:  919-856-4236
Fax:  919-856-4477
E-mail:  Lauren_Brennan@fd.org
N.C. State Bar No. 36648
LR 57.1 Counsel Appointed

2