FILED:  May 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4279
(4:25-cr-00010-WLO-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EUGENE MONTALE JENKINS

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Greenville |
|---|---|
| Originating Case Number | 4:25-cr-00010-WLO-1 |
| Date notice of appeal filed in originating court: | 05/20/2026 |
| Appellant | Eugene Montale Jenkins |
| Appellate Case Number | 26-4279 |
| Case Manager | J. Neal 804-916-2702 |