FILED:  May 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4279
(4:25-cr-00010-WLO-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EUGENE MONTALE JENKINS

Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender for the Eastern District of North Carolina to represent Eugene Montale Jenkins in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk